UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
CHINEDU DIKE,

                    Plaintiff,
                                          ORDER
          -against-                       17-CV-5999(JS)(GRB)

SAN SIMEON BY THE SOUND CENTER
FOR REHABILITATION AND NURSING,

                    Defendant.
-----------------------------------X
APPEARANCES:
For Plaintiff:      Chinedu Dike, pro se
                    332 Lake Pointe Drive
                    Middle Island, NY 11953

For Defendant:      Juan C. Gonzalez, Esq.
                    Rubin Sheeley Paterniti Gonzalez Kaufman LLP
                    420 Lexington Ave., Suite 1820
                    New York, New York 10017

SEYBERT, District Judge:

        On October 13, 2017, pro se plaintiff Chinedu Dike
("Plaintiff") filed a Complaint pursuant to Title VII of the Civil
Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e
to 2000e-17, alleging employment discrimination and retaliation.
Plaintiff's Complaint is accompanied by an application to proceed
in forma pauperis.

        Upon review of Plaintiff's declaration in support of his
application to proceed in forma pauperis, the Court finds that
Plaintiff's financial status qualifies him to commence this action
without prepayment of the filing fees.  See 28 U.S.C. § 1915(a)(1).
Accordingly, Plaintiff's application to proceed in forma pauperis
is GRANTED.

On November 7, 2017, Defendant filed an answer notwithstanding the fact that no summons had yet been issued nor had service of the Summons and Complaint been ordered. Accordingly, Defendant shall apprise the Court in writing no later than fourteen (14) days from the date of this Order whether it shall require the Court to expend resources in ordering the United State Marshal Service to serve the Complaint. If Defendant elects to waive service by the USMS, the Court shall deem any defense based on improper service to be waived.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of the Court is further directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: November __28__, 2017
       Central Islip, New York